IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUIANA MOUZONE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-19 |
| | : | |
| UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : : | |

# ORDER

**AND NOW**, this 31st day of October 2023, upon considering plaintiff's motion for leave to file a second amended complaint (DI 24), defendants' opposition (DI 25), and for reasons in the accompanying Memorandum, it is **ORDERED** plaintiff's motion for leave to file a second amended complaint (DI 24) is **DENIED**.

/s/ *John F. Murphy*
**MURPHY, J.**