IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUIANA MOUZONE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-19 |
| | : | |
| UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : : | |

## ORDER

**AND NOW**, this 28th day of November 2023, upon considering the parties' attached letter reporting they have reached an agreement to resolve this matter, it is **ORDERED**:

1.  The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,

2.  The Clerk of Court shall **close** this case.

_____
MURPHY, J.



Philadelphia
Two Logan Square
100 N. 18th Street
12th Floor
Philadelphia, PA  19103
(610) 230-2150 Tel
(610) 230-2151 Fax

**Writer's Direct Dial:**
(610) 230-2141

**Writer's E-mail:**
mgaley@fisherphillips.com

November 28, 2023

<u>**VIA E-MAIL**</u>
(<u>Murphy_Chambers@paed.uscourts.gov</u>)

The Honorable John F. Murphy
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

  Re: <u>**Quiana Mouzone v. University of Pennsylvania Health System, et al.
U.S.D.C. Eastern District Pa., Case No. 2:23-cv-00019-JFM**</u>

Dear Judge Murphy:

  This Firm represents Defendant The Trustees of The University of Pennsylvania d/b/a Penn Medicine, incorrectly identified as University of Pennsylvania Health System and The Trustees of the University of Pennsylvania d/b/a Penn Medicine, ("Defendant") in connection with the above-referenced matter.  I write on behalf of the parties to report to Your Honor that the parties have reached an agreement to resolve this matter.  As such, counsel for the parties respectfully requests that Your Honor enter an Order dismissing this matter pursuant to Local Rule 41.1(b).

  If Your Honor has any questions concerning this matter, we will make ourselves available at the Court's convenience.  Thank you.

           Sincerely,

           */s/ Michael R. Galey*
           Michael R. Galey
           For FISHER & PHILLIPS LLP

cc: Todd Alan Ewan, Esquire
   Karen L. Odash, Esquire
   Adam C. Lease, Esquire (via e-mail: <u>alease@karpf-law.com</u>)
   Thomas Nolan, Esquire (via e-mail: <u>tnolan@karpf-law.com</u>)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 48881671.1